

# LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

MEMO ENDORSED

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

December 5, 2019

VIA ECF
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19
```

Re: Fischler v. 196 Orchard Development, LLC
Case No. 1:19-cv-03833-RA

Dear Judge Abrams:

We represent Plaintiff Brian Fischler in the above-referenced website accessibility action, and we write to advise the Court that the parties anticipate filing a stipulation of dismissal with prejudice within the next 30 days. Accordingly, we respectfully request an adjournment *sine die* of all case deadlines including the parties' initial pretrial conference, currently scheduled for December 13, 2019 at 10:30a.m.n (Dkt. 19.)

Defendant consents to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe

CC: Defendant's Counsel (via ECF)

Application granted. The initial pretrial conference is adjourned *sine die*. No later than January 6, 2020, the parties shall file a stipulation of dismissal or a letter updating the Court on the status of the case.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 5, 2019